STATE OF CONNECTICUT *v.* SHERMAN BROWN

The defendant's petition for certification for appeal from the Appellate Court, 71 Conn. App. 121 (AC 21667), is denied.

*Michael O. Sheehan*, special public defender, in support of the petition.

*Melissa L. Streeto*, special deputy assistant state's attorney, in opposition.

Decided September 27, 2002

STATE OF CONNECTICUT *v.* MARK THATCHER

The defendant's petition for certification for appeal from the Appellate Court, 71 Conn. App. 516 (AC 21849), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Christopher J. Shea*, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided September 27, 2002